# EXHIBIT 2















