# **EXHIBIT 1**

# HUDSON RIVER HOTEL
# MANAGEMENT RESUME
# 449 W 36th Street, New York, NY 10018

**We develops and manage in trendy boutique hotel. We focus on real estate acquisition, development and management of boutique hotel in New York City.**

**Managing Directory:**

- Aesook Choi, President
- Jinsup An, Chief Operating Officer
- BJ Jang, Managing Director – Operation Manager
- Joel Lim, Managing Director –Finance Manager

**Summary:**

| | |
|---|---|
| 2005 to Present | Hotel Development & Management |
| | Started hotel construction and Management Company on Jan 2005. Successfully completed 3 hotels, East Houston Hotel, Verite Hotel, and Manhattan West Hotel. Developed 52 keys boutique hotel on 163 Orchard Street, now operating Casamia 36 Hotel, Midtown West Hotel and Hudson River Hotel. |

**Managed Properties:**

**East Houston Hotel**      www.hoteleasthouston.com 151 East Houston ST, New York, NY 10002

42 keys boutique hotel in LES, NY. 7 story property including roof top garden and cafeteria in basement. Opened to public Aug 2007, Managed until 2017.

**Verite Hotel**      www.veritehotel.com 13 E 19ST, New York, NY 10003

Hotel has 21 keys on 5 story. Company had managed the hotel for 3 years since opening. Opened to public Apr 2011. Leased property for 25 years since 2007.

**Midtown West Hotel**      www.midtownwesthotel.com 303 West 30ST, New York, NY 10001
Hotel located on 303 West 30St with 33 guest rooms including retail store front. Opened to public May 2014.

**Orchard Street Hotel**      www.orchardstreethotel.com 163 Orchard ST, New York, NY 10002
Property has 52 guest rooms on 11th floor. Developed the property.

**Casmia 36 Hotel**      www.casamia36hotel.com 442 W 36th St, New York, NY 10018
Hotel have 39 Keys on 10th floor. Managed since 2015.

**Hudson River Hotel**      www.hudsonriverhotel.com 449 W 36th St, New York, NY 10018
Hotel have 56 rooms on 15th floor. Managed since 2016.