UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILMINGTON TRUST, NATIONAL                                  :
ASSOCIATION, AS TRUSTEE FOR THE                             :
BENEFIT OF THE REGISTERED HOLDERS                           :     22 Civ. 302 (LGS)
OF UBS COMMERCIAL MORTGAGE TRUST                            :
2019-C17, COMMERCIAL MORTGAGE PASS-                         :     ORDER
THROUGH CERTIFICATES SERIES 2019-C17,                       :
                                    Plaintiff,              :
                                                            :
                  -against-                                  :
                                                            :
36TH STREET PROPERTY INC., et al.,                          :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on March 16, 2022.  It is hereby

    **ORDERED** that Defendants 36th Street Property Inc., HR 442 Corp., Ae Sook Choi and Jin Sup An shall answer, move or otherwise respond to the Complaint by **March 29, 2022**.  It is further

    **ORDERED** that Defendants 36th Street Property Inc., HR 442 Corp., Ae Sook Choi and Jin Sup An shall file a letter by **5:00 P.M. on March 17, 2022**, stating whether Defendants 36th Street Property Inc., HR 442 Corp., Ae Sook Choi and Jin Sup An are in compliance with the Court's Order appointing the Receiver.

Dated: March 16, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE