UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE BENEFIT
OF THE REGISTERED HOLDERS OF UBS : 22 Civ. 302 (LGS)
COMMERCIAL MORTGAGE TRUST 2019-C17,
COMMERCIAL MORTGAGE PASS-THROUGH : ORDER
CERTIFICATES SERIES 2019-C17,
                                    Plaintiff,

                -against-

36TH STREET PROPERTY INC., ET AL.,
                                    Defendants.
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held in this action on April 6, 2022. It is hereby

**ORDERED** that, by **April 15, 2022**, Plaintiff and Defendants Ae Sook Choi and Jin Sup An shall file a joint letter stating their positions on whether and how this action should proceed in light of the bankruptcy proceedings involving Defendants 36 Street Property Inc. and HR 442 Corp., in which Plaintiff has appeared; and stating what discovery, if any, the parties plan to engage in during the pendency of the bankruptcy proceedings. In the letter, Plaintiff shall set forth any and all information about the bankruptcy proceedings that is relevant to this action.

Dated: April 7, 2022
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE