UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
WILMINGTON TRUST, NATIONAL                                          :
ASSOCIATION, AS TRUSTEE FOR THE BENEFIT                             :
OF THE REGISTERED HOLDERS OF UBS                                    :   22 Civ. 302 (LGS)
COMMERCIAL MORTGAGE TRUST 2019-C17,                                 :
COMMERCIAL MORTGAGE PASS-THROUGH                                    :   ORDER
CERTIFICATES SERIES 2019-C17,                                       :
                                           Plaintiff,               :
                                                                    :
                       -against-                                    :
                                                                    :
36TH STREET PROPERTY INC., ET AL.,                                  :
                                           Defendants.              :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing is scheduled in this case for April 27, 2022, at 4:20 P.M., for Defendants New York City Department of Finance, New York City Environmental Control Board and Newbank (the "Defaulting Defendants") to show cause why an order should not be issued entering default judgment against them. It is hereby

**ORDERED** that the hearing scheduled for April 27, 2022, at 4:20 P.M., is **adjourned** sine die. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file affidavits of service by **April 29, 2022**.

Dated: April 27, 2022
       New York, New York

                                                     _____
                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE