UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS      :   22 Civ. 302 (LGS)
OF UBS COMMERCIAL MORTGAGE TRUST
2019-C17, COMMERCIAL MORTGAGE PASS-    :   ORDER
THROUGH CERTIFICATES SERIES 2019-C,
                              Plaintiff,

-against-

36TH STREET PROPERTY INC., et al.,
                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 8, 2022, the Court granted a stay of the proceedings due to Defendants 36th Street Property Inc. and HR 442 Corp. filing for bankruptcy in the Eastern District of New York.  It is hereby

**ORDERED** that on **May 14, 2024**, and every **90 days** thereafter, the parties shall file a joint status letter apprising the Court of the progress of the bankruptcy proceedings.

Dated: April 30, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE