# Holland & Knight

787 Seventh Avenue 31st Floor | New York, NY 10019 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

David V. Mignardi
212.751.3171
david.mignardi@hklaw.com

April 25, 2025

**Application GRANTED.** The referenced report may be refiled with the proposed redactions.

The Clerk of Court is respectfully requested to seal the unredacted report filed at Dkt. 121.

Date:   April 28, 2025
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF:**
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Wilmington Trust, N.A., as Trustee, etc. v. 36th Street Property Inc., et al*;
Case No. 1:22-cv-00302-LGS

Dear Judge Schofield:

We are counsel for plaintiff Wilmington Trust, National Association, As Trustee For The Benefit of the Registered Holders of UBS Commercial Mortgage Trust 2019-C17, Commercial Mortgage Pass-Through Certificates Series 2019-C17 ("Plaintiff") herein.

On April 24, 2025, and in accordance with that certain Consent Order Terminating Rights and Powers of Court-Appointed Receiver dated April 22, 2025, the Court-appointed Receiver, Janus Hotel Management Services, LLC (the "Receiver"), filed its Final Receiver's Report. See ECF No. 121. The Final Receiver's Report was inadvertently filed without certain account numbers unredacted. Accordingly, we respectfully request that the Court permanently seal ECF. No. 121 and allow the Receiver to re-file the fully redacted Final Receiver's Report.

We respectfully thank the Court for its consideration of this matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP
*Attorneys for Plaintiff*

By:   */s/ David V. Mignardi*
Keith M. Brandofino, Esq.
David V. Mignardi, Esq.

cc:   All Counsel of record (via ECF)

#520429571_v2 527548.00038