UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                               :

WILMINGTON TRUST, et al.,                  :
                        Plaintiffs,  :
                                      :             22 Civ. 302 (LGS)
              -against-                  :
                                      :             **ORDER**

36th STREET PROPERTY INC., et al.,  :
                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Consent Order dated April 22, 2025, required the Receiver to file a final report and accounting ("Final Reporting") and directed the parties to file any opposition to the Final Reporting no later than ten days after it was filed.

       WHEREAS, the Final Reporting was filed on April 24, 2025.

       WHEREAS, the parties did not file any objections within 10 days of the filing of the Final Reporting. It is hereby

       **ORDERED** that the Final Reporting is deemed sufficient, final and approved. It is further

       **ORDERED** that the Receiver shall turnover all funds, books and records in its possession to the Plaintiff or its designee. It is further

       **ORDERED** that by **May 13, 2025**, Plaintiff shall take all remaining steps necessary to discontinue the instant action, or shall advise the Court of its plan and schedule to do so.

Dated: May 6, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**